**Order entered June 10, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00117-CR**
**No. 05-19-00118-CR**
**No. 05-19-00119-CR**

**ROBERTO DELPILAR JASSO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-34267-U, F18-34272-U & F18-34273-U**

## ORDER

Before the Court is court reporter Sasha S. Brooks's June 5, 2019 first request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order.

/s/     BILL PEDERSEN, III
JUSTICE